IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIV. NO. 2:05cv118-D |
| | ) | WO |
| DWAYNE LAMAR HAWKINS | ) | |

**ORDER**

On April 25, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

(1) Said Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

(2) the motion to vacate pursuant to 28 U.S.C. § 2255 be and the same is hereby DENIED; and

(3) this case be and the same is hereby DISMISSED as Hawkins has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing the court to consider a successive § 2255 motion.

Done this 16th day of May, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE